Action by James S. Jackson, as surviving partner, etc., against Ernest Jenkins and another. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, on payment of costs in this court and in the court below.

JACKSON v. PATERNO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Lawrence S. Jackson against Carolina T. Paterno. No opinion. Motion denied, with $10 costs. Order filed. See, also, 112 N. Y. Supp. 924.

JAMESON, Respondent, v. CENTRAL UNION GAS CO., Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by Joseph Jameson, as administrator, against the Central Union Gas Company. J. V. Bouvier, for appellant. M. L. Malevinsky, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

JOHNSON, Respondent, v. VICTORIA CHIEF COPPER CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by William L. Johnson against the Victoria Chief Copper Company. M. E. Harby, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 60 Misc. Rep. 468, 112 N. Y. Supp. 346.

JOHNSON, Respondent, v. WELLINGTON COPPER MIN. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1908.) Action by William L. Johnson against the Wellington Copper Mining Company. M. E. Harby, for appellant. C. A. Boston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 58 Misc. Rep. 353, 110 N. Y. Supp. 1098.

JOHNSTON, Respondent, v. NOBLE, Appellant. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Martha P. Johnston against James A. Noble. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs of this appeal and at Special Term.

JOHN TURL'S SONS, Inc., Respondent, v. WILLIAMS ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 15, 1909.) Action by John Turl's Sons, Incorporated, against the Williams Engineering & Contracting Company. No opinion. Order affirmed, with $10 costs and disbursements.

JOHN TURL'S SONS, Inc., Respondent, v. WILLIAMS ENGINEERING & CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by John Turl's Sons, Incorporated, against the Williams Engineering & Contracting Company. No opinion. Motion for stay denied, with costs.

JONES v. NEW YORK ELEVATED RY. CO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by John K. Jones, individually, etc., against the New York Elevated Railway Company. No opinion. Motion granted. Settle order on notice.

KEEFE, Respondent, v. BABCOCK, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Florence Keefe, an infant, by William F. Keefe, her guardian ad litem, against Charles L. Babcock. No opinion. Judgment and order unanimously affirmed, with costs.

KELLUM et al. v. MISSION OF IMMACULATE VIRGIN FOR PROTECTION OF HOMELESS & DESTITUTE CHILDREN. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Cornelia J. Kellum and another against the Mission of the Immaculate Virgin for the Protection of Homeless and Destitute Children. No opinion. Exceptions overruled, and judgment directed for the plaintiffs, with costs.

KELLY v. MEYER et al. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by George Kelly against Max W. Meyer and others. No opinion. Motion granted, with $10 costs. Order filed.

KEMPER, Respondent, v. GOLDENKRANZ, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Minnie Kemper against Solomon Goldenkranz. No opinion. Judgment of the Municipal Court affirmed, with costs.

KENNEDY v. HAMMACHER SCHLEMMER & CO. (Supreme Court, Appellate Division, First Department. December 18, 1908.) Action by Thomas J. Kennedy against Hammacher Schlemmer & Co. No opinion. Motion denied, on payment of $10 costs. Order filed.

KENSINGTON REALTY CO., Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by the Kensington Realty Company against Edmund Wilson. No opinion. Judgment of the Municipal Court affirmed, with costs.

KEUTHEN, Respondent, v. ELDER, Appellant. (Supreme Court, Appellate Division, Sec-

ond Department. December 30, 1908.) Action by August Keuthen against Robert H. Elder. No opinion. Judgment of the Municipal Court affirmed, with costs.

KHOURI v. NOHRA et al. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Nasein T. Khouri against George F. Nohra and another.

PER CURIAM. The opposing affidavit neither states nor claims any ground for the appeal. The appellant being in default, and no merit being shown or asserted, the motion to dismiss the appeal is granted, with costs.

KING, Respondent, v. MULDOON, Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by William W. R. King, by Mary L. Bucklin, his guardian ad litem, against William Muldoon. No opinion. Judgment and order affirmed by default, with costs.

KIRNAN, Appellant, v. NEW YORK & O. RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Francis Elmore Kirnan, by Charles A. Burke, his guardian ad litem, against the New York & Ottawa Railway Company. No opinion. Judgment and order unanimously affirmed.

KLIGER v. ROSENFELD. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Max Kliger against Samuel Rosenfeld. No opinion. Motion denied, with $10 costs. Settle order on notice.

KNICKERBOCKER INV. CO. v. VOORHEES et al. (Supreme Court, Appellate Division, First Department. January 29, 1909.) Action by the Knickerbocker Investment Company against Foster M. Voorhees and others. No opinion. Motion granted, with $10 costs. Order filed.

KORKEMAS v. MACKSOUD. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Richard Korkemas against Elias Macksoud. No opinion. Application granted. Order signed.

KRATENSTEIN, Appellant, v. BIKOFF, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by David Kratenstein against Samuel Bikoff. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 127 App. Div. 72, 111 N. Y. Supp. 250.

KRATENSTEIN, Appellant, v. BIKOFF, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by David Kratenstein against Samuel Bikoff. No opinion. Motion denied, without costs.

KRITORIAN v. KRITORIAN. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Mary Kritorian against Tatios J. Kritorian. No opinion. Motion granted, with $10 costs. Order filed.

KUBERA, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Maria Kubera against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

LA BAU, Respondent, v. BAKER et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Francis La Bau against Tammisin Madeleine R. Baker and another. No opinion. Order affirmed, with $10 costs and disbursements.

LALLY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by Lavinia Lally against the New York Central & Hudson River Railroad Company. No opinion. Motion to resettle order denied, with costs.

LAMBURN, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) Action by Martha Lamburn against the Richmond Light & Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LANDES v. HART. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by Gregor Landes against Patrick A. Hart. No opinion. Motion denied. Order filed.

LANE, Respondent, v. FENN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 6, 1909.) Action by Charles M. Lane against Albert O. Fenn and others. No opinion. Order affirmed, with $10 costs and disbursements.

LEASK et al., Respondents, v. McCARTY, Appellant. (Supreme Court, Appellate Division, First Department. January 8, 1909.) Action by George Leask and others against Mary E. McCarty. J. Gillin, for appellant. J. H. Dougherty, for respondents. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed. See, also, 59 Misc. Rep. 565, 112 N. Y. Supp. 405.

LEBER, v. BRAND et al. (Supreme Court, Appellate Division, Second Department. January 26, 1909.) Action by Edward Leber against Leopold Brand and another. No opinion. Motion to dismiss appeal granted, with costs.

LEE, Respondent, v. REVOLVING AIRSHIP TOWER CO., Appellant. (Supreme